659 A.2d 469

IN THE MATTER OF PHILIP F. BLANCH,
AN ATTORNEY AT LAW.

June 15, 1995.

**ORDER**

The Disciplinary Review Board having filed a report with the Supreme Court on May 10, 1995, recommending that **PHILIP F. BLANCH** of **FAIRFIELD,** who was admitted to the bar of this State in 1967, be reprimanded for violation of *RPC* 4.1 (false statement of facts) and *RPC* 8.4 (conduct involving dishonesty, fraud, deceit or misrepresentation) by failing to disclose secondary financing in closing documents, and good cause appearing;

It is ORDERED that **PHILIP F. BLANCH** is hereby reprimanded, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.